IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES BERNARD ROBINSON, JR.,
    Plaintiff,

vs.                    Case No.:  3:14cv223/LAC/EMT

WALTER L. GIELOW, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 26, 2015 (doc. 38).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's due process claim against Defendant Gielow, and related request for injunctive relief, is **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3.    The clerk is directed to modify the docket to reflect that Lieutenant Walter L. Gielow, Officer Marshall L. Barfield, and Sergeant K. Grant are the only Defendants in this action.

4.    This matter is referred to the assigned magistrate judge for further proceedings on Plaintiff's  Eighth Amendment claims against Defendants Gielow, Barfield, and Grant.

**ORDERED** on this 31st day of March, 2015.

                                        s/ *L.A. Collier*
                                          Lacey A. Collier
                              Senior United States District Judge