IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES BERNARD ROBINSON, JR.,
    Plaintiff,

vs.          Case No. 3:14cv223/LAC/EMT

WALTER L. GIELOW, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 16, 2015 (doc. 58). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's motions for transfer (docs. 40, 49) are **DENIED as moot**.

3.     Plaintiff motion to preserve evidence (doc. 36) is **DENIED without prejudice**.

**DONE AND ORDERED** this 21st day of July, 2015.

                      s/*L.A. Collier*
                      **LACEY A. COLLIER**
                      **SENIOR UNITED STATES DISTRICT JUDGE**