IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES BERNARD ROBINSON, JR.,
    Plaintiff,

vs.                                          Case No.:  3:14cv223/LAC/EMT

WALTER L. GIELOW, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 1, 2016 (ECF No. 103).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' motion to dismiss (ECF No. 92) is **GRANTED**.

3. This case is **DISMISSED with prejudice** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), because it is barred by the doctrine of res judicata.

4. The clerk is directed to enter judgment accordingly and close the file.

5. All pending discovery-related motions are **DENIED as moot**.

**DONE AND ORDERED** this 11th day of April 2016.

  *s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**